

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:14-00135** |
| | ) | **KEVIN H. SHARP** |
| | ) | **U.S. District Court Judge** |
| **CARLOS MARIO NUNEZ-REYA** | ) | |

## MOTION TO CORRECT NAME IN THE INDICTMENT

Comes now the accused, by an through Isaiah S. Gant, Assistant Federal Public

Defender, and hereby requests this Court to correct the name of the accused in the

indictment in this case.  The indictment currently reflects the name Carlos Mario

Nunez-Reya.  The correct name is Carlos Mario Nunez-Reyna.

*Russell v. United States*, 369 U.S. 749, 770 (1962) states, it is "settled rule in the

federal courts that an indictment may not be amended except by re-submission to the

grand jury *unless the change is merely a matter of form*."  (Emphasis added).  In the instant

case, the correction would not substantively amend the indictment but merely corrects

the accused's name.

Wherefore, Mr. Nunez-Reyna requests this Court to correct his name in the indictment.

Respectfully submitted,

s/ *Isaiah S. Gant*
ISAIAH S. GANT (BPR #025790
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee  37203
615-736-5047

Attorney for Carlos Mario Nunez-Reyna

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2014, I electronically filed the foregoing Motion to
Correct Name with the clerk of the court by using the CM/ECF system, which will send a Notice
of Electronic Filing to the following: Matthias Daid Onderak, Assistant United States Attorney,
110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

/s/ *Isaiah S. Gant*
Isaiah S. Gant